UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Freedom Mortgage Corporation** | **CIVIL ACTION NO: 1:20-cv-00401-JDL** |
| **Plaintiff** | |
| **vs.** | **RE: VACANT REAL PROPERTY** |
| **Cody L. Gallagher** | |
| **Defendant** | |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 44 New England Road, Augusta, ME 04330**
**Mortgage: September 16, 2016, Book: 12414, Page: 305**

This matter came before the Court pursuant to the Default entered on December 23, 2020 against the named Defendant [ECF 7], Fed. R. Civ. P. 55(b), this Court's Procedural Orders dated February 17, 2021 [ECF 9,10], and the General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine.* (March 2020).

Plaintiff, Freedom Mortgage Corporation ("Freedom"), was represented by John A. Doonan, Esq. The Defendant did not appear or oppose Plaintiff's Motion for Default Judgment of Foreclosure and Sale. The Court has jurisdiction over the case under 28 U.S.C.A. § 1332.

All persons interested having been duly notified in accordance with the law, and after consideration of the Affidavits with supporting documentary evidence and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is **GRANTED**. Count II – Breach of Loan Repayment and Security Agreement, Count III – Breach of Contract, Money Had and Received, Count IV – *Quantum Meruit*, and Count V – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or their heirs or assigns pay Freedom Mortgage Corporation ("Freedom") the amount adjudged due and owing as of March 19, 2021 (attorney's fees and deficiency are waived) ($141,711.07) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Freedom shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

   | Description | Amount |
   | --- | --- |
   | Principal Balance | $113,873.64 |
   | Interest | $9,042.89 |
   | Escrow | $7,934.00 |
   | Unpaid Late Charges | $448.60 |
   | Expense Advances | $10,411.95 |
   | Grand Total | $141,711.07 |

2. If the Defendant or their heirs or assigns do not pay Freedom the amount adjudged due and owing ($141,711.07) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Augusta Property shall terminate, and Freedom shall conduct a public sale of the Augusta Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds, first to itself in the amount of $141,711.07 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Freedom may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency in its Motion.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal

4. The amount due and owing is $141,711.07 as of March 19, 2021.

5. The priority of interests is as follows:

    - Freedom Mortgage Corporation has first priority, in the amount of $141,711.07, pursuant to the subject Note and Mortgage and there are no parties-in-interest other than the Defendant who has second priority.

6. The pre-judgment interest rate is 3.875%, see 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.09%, see 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Cody L. Gallagher<br>21 Alden Road<br>Winthrop, ME 04364 | Defaulted<br>Pro Se |

a) The docket number of this case is 1:20-cv-00401-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 44 New England Road, Augusta, ME 04330 is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 44 New England Road, Augusta, ME 04330.

    The Mortgage was executed by the Defendant, Cody L. Gallagher, on September 16, 2016. The book and page number of the Mortgage in the Kennebec Registry of Deeds is Book 12414, Page 305.

e)   This Judgment shall not create any personal liability on the part of the Defendant, but shall act solely as an *in rem* judgment against the property, 44 New England Road, Augusta, ME 04330.

**SO ORDERED.**

Dated: May 6, 2021

                                                          /s/ Jon D. Levy
                                           **CHIEF U.S. DISTRICT JUDGE**